MARY E. O'BOYLE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DANIEL DE GORTER and Another, Assignees of BANQUE NATIONALE DE BELGIQUE, Respondents, v. BANQUE DE FRANCE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appearing specially, to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [176 Misc. 1062.]

PETER RALLIS, Respondent, v. DANIELS & KENNEDY, INC., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, v. LAMAR HARDY and Others, Respondents.— Judgment, as amended, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX SKOP, Respondent, v. 222–223 RIVERSIDE DRIVE CORPORATION, Defendant, Impleaded with DRIVE LEASING CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.